UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PROTEGRITY CORPORATION, a Cayman Islands company, and PROTEGRITY USA, INC. a Delaware corporation,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>ELAVON INC.,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:18-cv-140-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 19th day of February, 2020.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By:   s/Jill Ayers
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 19, 2020
James N. Hatten
Clerk of Court

By:    s/Jill Ayers
　　　　Deputy Clerk